IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 16-cv-00089-CBS            Date: April 8, 2016
Courtroom Deputy: Amanda Montoya         FTR – Reporter Deck-Courtroom A402

*Parties:*                               *Counsel:*

U-SWIRL, INC., *et al.,*                 Anthony Savastano

Plaintiff,

v.

DJRJ ENTERPRISES, LLC, *et al.,*         Robert Sartin
                                         Timothy Rogers

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONE STATUS CONFERENCE**
**Court in session: 10:58 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding consent program. If parties consent to the jurisdiction of a Magistrate Judge, the court intends to grant *[11] Motion to Dismiss, or in the Alternative, Motion to Stay or Transfer to the Northern District of Oklahoma* to the extent the motion seeks transfer to Oklahoma. If parties do not consent, the case will be re-drawn to a District Judge.

**ORDERED:**   Counsel shall complete and file the consent form [doc. 3 attachment 6] no later than **12:00 p.m. on April 15, 2016**.

*[22] Joint Motion to Stay Pretrial Deadlines Pending Ruling on Motions* is **GRANTED.** The Scheduling Conference set for **April 25, 2016** is VACATED.

The court suggests defense counsel send a status report to the District of Oklahoma stating that it is this court's intention to send this case to Oklahoma.

Hearing Concluded.

**Court in recess: 11:27 a.m.**
Time in court: 00:29
To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.